UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: GUNN, JOAN E | § | Case No. 12-80996 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/29/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated : 09/10/2012          By:  /s/JOSEPH D. OLSEN
                                      Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: GUNN, JOAN E § Case No. 12-80996
§
§
Debtor(s) §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,000.00 |
| *and approved disbursements of* | $ 160.53 |
| *leaving a balance on hand of* [1] | $ 24,839.47 |
| **Balance on hand:** | $ 24,839.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 24,839.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,250.00 | 0.00 | 3,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 41.95 | 0.00 | 41.95 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 900.00 | 0.00 | 900.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,191.95 |
| Remaining balance: | $ 20,647.52 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 20,647.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,268.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2P-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2P-3 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2P-4 | Internal Revenue Service | 10,268.55 | 0.00 | 10,268.55 |

Total to be paid for priority claims:  $ 10,268.55
Remaining balance:  $ 10,378.97

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,683.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,870.22 | 0.00 | 4,404.68 |
| 2U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2U-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2U-3 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2U-4 | Internal Revenue Service | 18,812.91 | 0.00 | 5,974.29 |

Total to be paid for timely general unsecured claims:  $ 10,378.97
Remaining balance:  $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $       0.00
Remaining balance:  $       0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-80996-MB
Joan E Gunn                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: dpruitt           Page 1 of 2           Date Rcvd: Sep 14, 2012
                              Form ID: pdf006         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2012.
db         +Joan E Gunn,    9508 Reese Rd.,    Harvard, IL 60033-9129
18636963   +Associated Bank,    200 N Adams St,    Green Bay, WI 54301-5174
18636964   +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
18636965    Capital One,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
18636968   +Kondaur Mortgage,    Bankruptcy Dept,    One City Blvd W Ste 1900,    Orange, CA 92868-3637
18636969   +Mary Robertson,    620 N Mayflower,    Lake Forest, IL 60045-2310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18636962   +E-mail/Text: roy.buchholz@allianceoneinc.com Sep 15 2012 03:08:57     Alliance One,
             4850 Street Rd., Ste. 300,    Trevose, PA 19053-6643
18926825    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2012 04:02:44     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18636966   +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2012 04:02:44     Discover Financial,
             P.O. Box 3025,    Attn BK Dept,    New Albany, OH 43054-3025
18636967   +E-mail/Text: cio.bncmail@irs.gov Sep 15 2012 02:42:48     Internal Revenue Service,    PO BOX 7346,
             Philadelphia, PA 19101-7346
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2012**                     **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: dpruitt            Page 2 of 2                  Date Rcvd: Sep 14, 2012
                              Form ID: pdf006         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2012 at the address(es) listed below:

          Craig A Willette   on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          Heather M Giannino   on behalf of Creditor   Associated Bank, National Association
           heathergiannino@hsbattys.com,   jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Joseph D Olsen   Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen   on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
          Laura Dolores Frye   on behalf of Debtor Joan Gunn lauradfrye@att.net,   garyfoley@hotmail.com
          Lydia Y Siu   on behalf of Creditor   Kondaur Capital Corporation lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov

                                                                                            TOTAL: 7