**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GUNN, JOAN E § Case No. 12-80996
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $343,183.00          Assets Exempt: $23,046.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,647.52     Claims Discharged
                                                 Without Payment: $75,328.16

Total Expenses of Administration: $4,352.48

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Document Page 2 of 9

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,367,628.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,352.48 | 4,352.48 | 4,352.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 23,000.00 | 108,203.04 | 10,268.55 | 10,268.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,142.00 | 64,804.22 | 32,683.13 | 10,378.97 |
| **TOTAL DISBURSEMENTS** | $1,432,770.00 | $177,359.74 | $47,304.16 | $25,000.00 |

4) This case was originally filed under Chapter 7 on March 16, 2012. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2012          By: /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
|  | 1129-000 | 5,000.00 |
| Rental Property (Barn) S103 W36093 Hwy 99, Eag | 1110-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** |  | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Kondaur Mortgage Bankruptcy Dept | 4110-000 | 1,100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 97,628.00 | N/A | N/A | 0.00 |
| NOTFILED | Mary Robertson | 4110-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,367,628.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 41.95 | 41.95 | 41.95 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 900.00 | 900.00 | 900.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 31.69 | 31.69 | 31.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.43 | 49.43 | 49.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.41 | 54.41 | 54.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,352.48 | $4,352.48 | $4,352.48 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | N/A | 32,644.83 | 0.00 | 0.00 |
| 2P-2 | Internal Revenue Service | 5800-000 | N/A | 32,644.83 | 0.00 | 0.00 |
| 2P-3 | Internal Revenue Service | 5800-000 | N/A | 32,644.83 | 0.00 | 0.00 |
| 2P-4 | Internal Revenue Service | 5800-000 | N/A | 10,268.55 | 10,268.55 | 10,268.55 |
| NOTFILED | Internal Revenue Service | 5200-000 | 23,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $23,000.00 | $108,203.04 | $10,268.55 | $10,268.55 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,118.00 | 13,870.22 | 13,870.22 | 4,404.68 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 10,707.03 | 0.00 | 0.00 |
| 2U-2 | Internal Revenue Service | 7100-000 | N/A | 10,707.03 | 0.00 | 0.00 |
| 2U-3 | Internal Revenue Service | 7100-000 | N/A | 10,707.03 | 0.00 | 0.00 |
| 2U-4 | Internal Revenue Service | 7100-000 | N/A | 18,812.91 | 18,812.91 | 5,974.29 |
| NOTFILED | Internal Revenue Service | 7100-000 | 8,324.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 9,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 4,288.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 7,512.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$42,142.00** | **$64,804.22** | **$32,683.13** | **$10,378.97** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80996  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** GUNN, JOAN E  **Filed (f) or Converted (c):** 03/16/12 (f)
**§341(a) Meeting Date:** 04/26/12
**Period Ending:** 12/11/12  **Claims Bar Date:** 08/14/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Primary Residence 9508 Reese Rd., Harvard, IL 60 | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Rental Property (Barn) S103 W36093 Hwy 99, Eag | 199,000.00 | 0.00 | | 20,000.00 | FA |
| 3 | Harvard State Bank Checking Account - Joint with | 1,299.00 | 0.00 | DA | 0.00 | FA |
| 4 | Business Checking Account at Harvard State Bank | 6,800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings Account with Great Lakes Credit Union - | 109.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings Account with Harvard State Bank - Joint | 6,893.00 | 0.00 | DA | 0.00 | FA |
| 7 | Money Market Account at Great Lakes Credit Union | 692.00 | 0.00 | DA | 0.00 | FA |
| 8 | Business Checking Account at Castle Bank - Black | 1.00 | 0.00 | DA | 0.00 | FA |
| 9 | Checking Account at Castle Bank - Joint with Mic | 970.00 | 0.00 | DA | 0.00 | FA |
| 10 | Checking Account at Harvard Community Credit Uni | 25.00 | 0.00 | DA | 0.00 | FA |
| 11 | Household goods and furnishings (10 room Single | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Collection of Porcelain Figurines | 300.00 | 0.00 | DA | 0.00 | FA |
| 13 | Clothes and Shoes | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | Gold Wedding Band | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2 IRA's with Great Lakes Credit Union | 10,701.00 | 0.00 | DA | 0.00 | FA |
| 16 | IRA with Schwab | 31,291.00 | 0.00 | DA | 0.00 | FA |
| 17 | Black Watch Distributors - Sole Proprietor | 1.00 | 0.00 | DA | 0.00 | FA |
| 18 | BW Exhibits, Inc - Sole Owner | 1.00 | 0.00 | DA | 0.00 | FA |
| 19 | 10% of Gross Royalties from "The World of Newfou | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2007 Honda Odyssey with 110,000 miles | 10,000.00 | 5,000.00 | DA | 0.00 | FA |
| 21 | 5 Newfoundland Dogs | 500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Assets  Totals (Excluding unknown values) | **$542,183.00** | **$5,000.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 12/11/2012 07:44 AM    V.13.04

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80996  
**Case Name:** GUNN, JOAN E  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/16/12 (f)  
**§341(a) Meeting Date:** 04/26/12  

**Period Ending:** 12/11/12  
**Claims Bar Date:** 08/14/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** May 31, 2013  
**Current Projected Date Of Final Report (TFR):** August 14, 2012

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80996  
**Case Name:** GUNN, JOAN E  
**Taxpayer ID #:** **-***9198  
**Period Ending:** 12/11/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/12 | | The Harvard State Bank (June Gunn) | | | 25,000.00 | | 25,000.00 |
| | {2} | | 20,000.00 | 1110-000 | | | 25,000.00 |
| | | | 5,000.00 | 1129-000 | | | 25,000.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 24,975.00 |
| 06/05/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #12-80996, #016018067 | 2300-000 | | 31.69 | 24,943.31 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.43 | 24,893.88 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.41 | 24,839.47 |
| 10/29/12 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $900.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 900.00 | 23,939.47 |
| 10/29/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | 2100-000 | | 3,250.00 | 20,689.47 |
| 10/29/12 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $41.95, Trustee Expenses; Reference: | 2200-000 | | 41.95 | 20,647.52 |
| 10/29/12 | 105 | Discover Bank | Dividend paid 31.75% on $13,870.22; Claim# 1; Filed: $13,870.22; Reference: | 7100-000 | | 4,404.68 | 16,242.84 |
| 10/29/12 | 106 | Internal Revenue Service | Combined Check for Claims#2U-4,2P-4 | | | 16,242.84 | 0.00 |
| | | | Dividend paid 31.75% on $18,812.91; Claim# 2U-4; Filed: $18,812.91    5,974.29 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $10,268.55; Claim# 2P-4; Filed: $10,268.55    10,268.55 | 5800-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 25,000.00 | 25,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 25,000.00 | 25,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,000.00** | **$25,000.00** | |

{} Asset reference(s)

Printed: 12/11/2012 07:44 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-80996  
**Case Name:** GUNN, JOAN E  

**Taxpayer ID #:** **-***9198  
**Period Ending:** 12/11/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-66 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :        25,000.00  
Net Estate :         $25,000.00

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | **Checking # 9200-******83-66** | **25,000.00** | **25,000.00** | **0.00** |
| | | **$25,000.00** | **$25,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 12/11/2012 07:44 AM    V.13.04